## Commonwealth v. McFall, Appellant.

Submitted November 14, 1968. *Samuel L. McFall, Sr.,* appellant, in propria persona; *Kenneth E. Fox, Jr.,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM:

Order affirmed.

---

DISSENTING OPINION BY SPAULDING, J.:

I dissent from the affirmance of this appeal on the basis of my dissenting opinion in *Commonwealth v. Tomski,* 213 Pa. Superior Ct. 416, 249 A. 2d 573.

HOFFMAN, J., joins in this dissent.